JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER,<br><br>Plaintiff,<br><br>v.<br><br>MCM PROPERTIES LLC, a California limited liability company; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. CV 21-01637 AB (MRWx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT has been advised that this action has been settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 26, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.